# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WILLIE J. SLATER and URIYAH AJAMU D.,**

        **Plaintiffs,**

**-vs-**                                                                          **Case No.  6:08-cv-160-Orl-22GJK**

**U.S. DEPARTMENT OF VETERAN AFFAIRS, B.C. GIBBARD, CLAUD BROOKHARDT, JOHN SANDIFER, SHERRI MCKECHNEY and DENISE Y. WILLIS,**

        **Defendants.**

_____

## ORDER

Upon the Court's review of this case, it is ORDERED as follows:

1. The Magistrate Judge's March 20, 2008 Report and Recommendation (Doc. No. 18) is APPROVED AND ADOPTED. The Magistrate Judge correctly determined that this Court lacks subject matter jurisdiction over Plaintiffs' claim.

2. Plaintiffs' Objections to U.S. Magistrate's Report and Recommendation (Doc. No. 19), filed on April 3, 2008, are OVERRULED.

3. This case is DISMISSED.

4. The Clerk shall terminate all pending motions as moot and shall close the case.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 8, 2008.

                                                ANNE C. CONWAY
                                                United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party

Magistrate Judge Kelly