# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WILLIE J. SLATER and URIYAH AJAMU D.,**

      **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:08-cv-160-Orl-22GJK**

**U.S. DEPARTMENT OF VETERAN AFFAIRS, B.C. GIBBARD, CLAUD BROOKHARDT, JOHN SANDIFER, SHERRI MCKECHNEY and DENISE Y. WILLIS,**

      **Defendants.**

_____

## ORDER

Upon the Court's review of this case, it is ORDERED as follows:

1. The Magistrate Judge's April 30, 2008 Report and Recommendation (Doc. No. 24) is APPROVED AND ADOPTED.  The Magistrate Judge correctly determined that the Plaintiffs' appeal is not taken in good faith and is frivolous.

2. Plaintiffs' Response to Magistrate's Recommendation on Appeal (Doc. No. 26), filed on May 12, 2008, treated as an objection to the April 30th Report and Recommendation, is OVERRULED.

3. Plaintiffs' Motion for Permission to Appeal In Forma Pauperis (Doc. No. 23), filed on April 18, 2008, is DENIED.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 19, 2008.

*Anne C. Conway*
ANNE C. CONWAY
United States District Judge

-2-

Copies furnished to:

Counsel of Record
Unrepresented Party
Magistrate Judge Kelly

Case 6:08-cv-00160-ACC-GJK   Document 27   Filed 05/19/08   Page 2 of 2 PageID 119